UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE IRON WORKERS'
LOCAL NO. 25 PENSION FUND,
IRON WORKERS' HEALTH FUND OF EASTERN
MICHIGAN, IRON WORKERS LOCAL NO. 25
VACATION PAY FUND, and IRON WORKERS'
APPRENTICE FUND OF EASTERN MICHIGAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

      Plaintiffs,                           Case No. 12-cv-10329
v.                                      Hon. Robert H. Cleland

SALEM STEEL, LLC, a Michigan
limited liability company, and
ROBERT SALEM, Individually,

      Defendants.
_____/

**DAVID J. SELWOCKI  P51375**
**MATTHEW I. HENZI  P57334**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
1000 Maccabees Center
25800 Northwestern Highway
Southfield MI  48075-8412
248.746.0700
brogers@swappc.com
_____/

## JUDGMENT BY DEFAULT AGAINST DEFENDANTS

This matter having come before the Court upon Plaintiffs Motion for Entry of Default Judgment Against Defendants (Doc. No. 10) the Court having conducted a hearing on June 26, 2012 at 11:00 a.m.; Defendants having been given notice of the motion and the motion hearing date and Defendants having neither appeared at the motion hearing or otherwise defended this matter; and, the Court being otherwise fully advised in the premises;

IT IS ORDERED that Plaintiffs' motion is granted and a default judgment is entered against Defendants SALEM STEEL, LLC and ROBERT SALEM, individually, in the amount of $3,920.50.

IT IS FURTHER ORDERED that this Court will retain jurisdiction in this matter to effectuate the terms of this Judgment.

Dated:  June 27, 2012

                                           s/Robert H. Cleland
                                           Hon. Robert H. Cleland
                                           U.S. District Court Judge

Judgment prepared by:
Matthew I. Henzi (P57334)
Attorney for Plaintiffs
W1166170.DOC